Thomas H. Allen, State Bar #11160
Cody D. Vandewerker, State Bar #33385
David B. Nelson, State Bar #34100
**ALLEN BARNES & JONES, PLC**
1850 N. Central Ave., Suite 1150
Phoenix, Arizona 85004
Ofc: (602) 256-6000
Fax: (602) 252-4712
Email: tallen@allenbarneslaw.com
   cvandewerker@allenbarneslaw.com
   dnelson@allenbarneslaw.com

Attorneys for Debtors

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| In re: | CHAPTER 11 |
|---|---|
| PHILLIP J. HOOLEHAN and NICOLE M. HOOLEHAN, | Case No. 2:18-bk-13152-EPB |
| Debtors. | **MOTION FOR ENTRY OF FINAL DECREE CLOSING CASE** |

Phillip J. Hoolehan and Nicole M. Hoolehan, debtors in the above-captioned bankruptcy case ("**Debtors**"), hereby request entry of a final decree closing this bankruptcy case ("**Case**"). The Debtors have substantially consummated the *Debtors' Plan of Reorganization Dated March 5, 2019* [ECF No. 34] ("**Plan**"). On July 9, 2019, the Court entered the *Order Confirming Debtors' Plan of Reorganization Dated March 5, 2019* [ECF No. 64] ("**Confirmation Order**"). Since then, the Debtors have made all of the initial payments required under the Plan and are current on all quarterly fees due to the Office of the United States Trustee. No material motions or proceedings remain pending before the Court. Finally, the Debtors are current with all reporting requirements. The following Memorandum of Points and Authorities supports this request.

## **MEMORANDUM OF POINTS AND AUTHORITIES**

1. On October 26, 2018 ("**Petition Date**"), the Debtors filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

2. On July 9, 2019, the Court entered the Confirmation Order. The Plan provides treatment for the following creditors: Administrative Claims; Priority Tax Claims; Class I

Secured Claims; and Class II General Unsecured Claims.

3. The Debtors have paid all Allowed Administrative Claims, or the parties have agreed to other payment terms. Debtors have made their New Value payments, as defined in the Plan.

4. The Debtors made the initial payments to the Internal Revenue Service, Arizona Department of Revenue, and the Illinois Department of Revenue on their allowed Priority Tax Claims.

5. The Debtors are current on the payments to the Class I Secured Claims of Santander, Capital One, and the Internal Revenue Service regarding their respective liens on the Debtors' assets.

6. The Debtors are on track to pay the Class II General Unsecured Creditors in accordance with the Plan within one year of the Effective Date and have started making such payments.

7. Pursuant to the Plan, all property vested back to the Debtors upon the occurrence of the Effective Date on August 8, 2019.

8. The Plan has therefore been substantially consummated. *See Antiquities of Nev. v. Bala Cynwyd Corp. (In re Antiquities of Nev.)*, 173 B.R. 926, 930 (B.A.P. 9th Cir. 1994).

9. As of the date of this Motion, the Debtors are current on all post-petition reports and fees.

10. No adversary proceeding or contested motion remains unresolved.

11. Under these circumstances, the Court should enter a final decree. *See Moe v. Munding (In re Spokane Raceway Park, Inc.)*, No. EW-12-1659-PaJuTa, 2013 Bankr. LEXIS 4594, at *9 (B.A.P. 9th Cir. Aug. 2, 2013).

12. Upon entry of the Order approving this Motion, the Debtors will file a final post-confirmation quarterly report and pay the appropriate quarterly fees to the United States Trustee.

**WHEREFORE**, the Debtors request the Court enter an Order:

    A.    approving this Motion;

    B.    granting the Debtors a final decree closing this Case; and

|   |   |
|---|---|
| 1 | C. for such other and further relief as the Court deems just and appropriate. |
| 2 | DATED: December 2, 2019. |

                                         **ALLEN BARNES & JONES, PLC**

                                         */s/ THA 11160*
                                         Thomas H. Allen
                                         Cody D. Vandewerker
                                         David B. Nelson
                                         1850 N. Central Avenue, Suite 1150
                                         Phoenix, AZ 85004
                                         Attorneys for Debtors

**E-FILED** on December 2, 2019 with the U.S. Bankruptcy Court and copies served via ECF notice on all parties that have appeared in the case.

**COPY** mailed the same date via U.S. Mail to:

Office of the U.S. Trustee
230 N. First Avenue, Suite 204
Phoenix, AZ 85003-1706

Phil & Nicole Hoolehan
34522 N. Scottsdale Road
Suite 120 PMB 424
Scottsdale, AZ 85266
*Debtors*

**COPY** e-mailed the same date to:

Larry L. Watson
OFFICE OF THE U.S. TRUSTEE
230 N. First Avenue, Ste 204
Phoenix, AZ 85003-1706
larry.watson@usdoj.gov

*/s/ Melissa Morgan*