# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | CHAPTER 11 |
| PHILLIP J. HOOLEHAN and NICOLE M. HOOLEHAN, | Case No. 2:18-bk-13152-EPB |
| Debtors. | **ORDER APPROVING MOTION FOR ENTRY OF FINAL DECREE CLOSING CASE** |

Upon consideration of the *Motion for Entry of Final Decree Closing Case* [ECF No. 78] ("**Motion**") filed by Phillip J. Hoolehan and Nicole M. Hoolehan ("**Debtors**"), proper notice of the Motion having been given to all parties on the Debtors' Master Mailing List, it appearing the Debtors are performing their duties under the confirmed Plan of Reorganization, it further appearing that the Debtors' case has been fully administered, and other good cause appearing,

**IT IS HEREBY ORDERED** that:

1. The Motion is granted.
2. This case, as captioned and numbered above, is hereby closed.

**DATED AND SIGNED ABOVE**